FILED
2008 APR 30 PM 3:36
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROGER VALDEZ-ARIZPE (1),<br>GUILLERMO SORIA-VALDEZ (2),<br><br>Defendants. | Criminal Case No. 08 CR 1363 BTM<br><br>I N D I C T M E N T<br><br>Title 8, U.S.C.,<br>Secs. 1324(a)(1)(A)(ii),<br>(a)(1)(B)(i), and (v)(II) -<br>Transportation of Illegal Aliens<br>for Financial Gain and Aiding and<br>Abetting; Title 8, U.S.C.,<br>Secs. 1326(a) and (b) - Deported<br>Alien Found in the United States |

The grand jury charges:

Count 1

On or about April 15, 2008, within the Southern District of California, defendants ROGER VALDEZ-ARIZPE and GUILLERMO SORIA-VALDEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jose Manuel Ramirez-Faustino, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States for financial gain in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), (a)(1)(B)(i), and (v)(II).

//

CEM:fer:San Diego
4/30/08

## Count 2

On or about April 15, 2008, within the Southern District of California, defendants ROGER VALDEZ-ARIZPE and GUILLERMO SORIA-VALDEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Gerardo Sanchez-Tello, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States for financial gain in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), (a)(1)(B)(i), and (v)(II).

## Count 3

On or about April 15, 2008, within the Southern District of California, defendants ROGER VALDEZ-ARIZPE and GUILLERMO SORIA-VALDEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Alicia Jimenez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States for financial gain in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), (a)(1)(B)(i), and (v)(II).

//
//
//
//
//
//
//
//

## Count 4

On or about April 15, 2008, within the Southern District of California, defendants ROGER VALDEZ-ARIZPE and GUILLERMO SORIA-VALDEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Ana Elizabeth Jimenez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States for financial gain in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), (a)(1)(B)(i), and (v)(II).

## Count 5

On or about April 15, 2008, within the Southern District of California, defendant ROGER VALDEZ-ARIZPE, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

It is further alleged that defendant ROGER VALDEZ-ARIZPE, was removed from the United States subsequent to July 1, 1996.

//
//
//
//
//
//

## Count 6

On or about April 15, 2008, within the Southern District of California, defendant GUILLERMO SORIA-VALDEZ, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

It is further alleged that defendant GUILLERMO SORIA-VALDEZ, was removed from the United States subsequent to September 30, 2004.

DATED: April 30, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CALEB L. MASON
Assistant U.S. Attorney