1  CIRO HERNANDEZ, ESQ SB#174791
   551 Third Avenue
2  Chula Vista, CA 91910
   Telephone:  (619) 266-0389
3  Fax:          (619) 501-2493

4  Attorney for Material Witnesses

5

6              **UNITED STATES DISTRICT COURT**

7          **SOUTHERN DISTRICT OF CALIFORNIA**

8

9  UNITED STATES OF AMERICA        )      Criminal Case No.08cr1363BTM
                                   )
10        Plaintiff                )
                                   )
11        v.                       )      NOTICE OF MOTION; MOTION FOR
                                   )      VIDEOTAPE DEPOSITION,
12  1)Roger VALDEZ-Arizpe          )      AND RELEASE OF MATERIAL
    2) Guillermo SORIA-Valdez      )      WITNESSES;
13                                 )
                                   )
14        Defendants               )      Hearing Date:  May 27, 2008
                                   )      Time:          11:00 a.m.
15                                 )      Court:         15
   _____)      Judge:     Hon. Barry Moskowitz
16

17        TO KAREN P. HEWITT, UNTIED STATES ATTORNEY, NICOLE A.JONES,

18  ASSISTANT UNITED STATES ATTORNEY, LEILA W. MORGAN, ATTORNEY FOR

19  DEFENDANT, ROGER VALDEZ-ARIZPE AND ANTONIO F YOUNG, ATTORNEY FOR

20  DEFENDANT, GUILLERMO SORIA-VALEZ.

21        PLEASE TAKE NOTICE that on May 27, 2008, at 11:00 a.m., counsel will move this

22  court for an order to take the deposition of the material witness JOSE  MANUEL RAMIREZ-

23  FAUSTINO AND GERARDO SANCHEZ-TELLO..

24                              **MOTION**

25        JOSE MANUEL RAMIREZ FAUSTINO AND GERARDO SANCHEZ-TELLO,

26  through their counsel, CIRO HERNANDEZ, and pursuant to Fed. R. Crim. P. Rule 15,  8 U.S.C

27

28                              . No.08cr1363BTM

1  Section 1324 (d) , 18 U.S.C. Section 3144, and 18 U.S.C. Section 3142, hereby moves this court

2  for an order to take their  disposition by videotape.

3       This motion is based upon the accompanying points and authorities, the records in the

4  above-entitled case and all matters submitted to the court prior to the determination of this

5  motion.

6

7  Dated:    5/13/08___        /S/Ciro Hernandez_____
                                CIRO HERNANDEZ
8                               Attorney for material witnesses

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                              . No.08cr1363BTM