1  CIRO HERNANDEZ, ESQ SB#174791
   551 Third Avenue
2  Chula Vista, CA 91910
   Telephone:   (619) 266-0389
3  Fax:         (619) 501-2493

4  Attorney for Material Witnesses

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No.08cr1363BTM |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | MEMORANDUM OF POINTS AND |
| ) | AUTHORITIES IN SUPPORT OF, |
| ROGER VALDEZ-ARIZPE (1) ) | MOTION FOR VIDEOTAPE |
| GUILLERMO SORIA-VALDEZ (2) ) | DEPOSITIONS AND RELEASE |
| ) | OF MATERIAL WITNESSES |
| ) | |
| Defendants ) | Hearing Date:  May 27, 2008 |
| ) | Time:          11:00a.m. |
| ) | Court:         15 |
| ) | Judge:   Hon. Barry Moskowitz |

Material Witnesses, JOSE MANUEL RAMIREZ-FAUSTINO and GERARDO SANCHEZ-TELLO respectfully submit the following Memorandum of Points and Authorities in Support of their Motion for Videotape Depositions and Release of Material Witnesses.

**STATEMENT OF FACTS**

JOSE MANUEL RAMIREZ-FAUSTINO and GERARDO SANCHEZ-TELLO were taken into custody on April 15, 2008. They were passengers in a vehicle driven by the defendant, which contained eighteen undocumented aliens. On May 1, 2008, the defendants each were indicted on three counts of violation of Title 8, United States Code, Section 1324 (a) (1) (A) (ii),

No.08cr1363BTM

(a)(1) (B) (i), and (v) (II)

As of the date of this motion, the material witnesses have no prospects of obtaining a surety. One potential surety was contacted on behalf of material witness JOE MANUEL RAMIREZ-FAUSTINO . The potential surety failed to follow through with the bond application.

He has no other friends or relatives who could qualify as a surety on his behalf. In Mexico, Mr. Ramirez-Faustino supports a wife and three children as a construction worker.. The material witness was coming to the United States to find work, in order to provide that support. Requiring the material witness to remain in custody during the pendency of the case constitutes a severe economic and emotional hardship for him, and even more severely, for his family who is receiving less support during the time he is incarcerated.

Relatives of the material witness Gerardo Sanchez-Tello, were contacted but they failed to follow through with the bond process. The material witness has no other relatives or friends who could qualify as a surety on his behalf. In Mexico, the material witness works and supports himself and his parent. . He was coming to the United States to find work. Requiring the material witness to remain in custody during the pendency of the case constitutes a severe economic and emotional hardship for him.

**POINTS AND AUTHORITIES**

**DEPOSITION IS APPROPRIATE IN THESE CIRCUMSTANCES**

In <u>Torres-Ruiz v. United States, 120 F.3d. 933,</u> (9th cir. 1997), the Ninth Circuit <u>mandated</u> the use of videotape depositions when the material witness testimony can be adequately secured by deposition and further detention is not necessary to prevent the failure of justice. (emphasis added; see 18 U.S.C. § 3144) In <u>Torres-Ruiz</u>, the witnesses were the sole support of their families in Mexico, and their continued incarceration constituted a hardship on thier families in Mexico. The <u>Torres-Ruiz</u> Court clarified that denial of a motion to videotape the witness' testimony is limited to situations in which a "failure of justice" would occur because the deposition would not serve as an adequate substitute for the witness' live testimony.

No.08cr1363BTM

1  As of the date of this hearing, the MATERIAL WITNESSES have been in custody over
2 one month and continued incarceration constitutes an economic hardship for them and their
3 families. It is not necessary to continue to detain them because no failure to justice would occur
4 by videotaping his testimony. Their testimony can be adequately secured by granting this
5 Motion, and there has been no showing that the deposition testimony would be different from the
6 live testimony, and he is subject to the subpoena power of this Court. Therefore, it is requested
7 the Court grant this Motion and order the videotape deposition of the MATERIAL WITNESSES
8 forthwith, to occur within 10 days of granting this Motion. The Material WITNESSES also
9 request the Court order their immediate release upon conclusion of this deposition.

11  DATED:  May 13, 2008             /S/ Ciro Hernandez
                                     CIRO HERNANDEZ
12                                   Attorney for Material Witnesses

28  No.08cr1363BTM