1  CIRO HERNANDEZ, ESQ SB#174791
   551 Third Avenue
2  Chula Vista, CA 91910
   Telephone:   (619) 266-0389
3  Fax:         (619) 501-2493

4  Attorney for Material Witnesses

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. 081363BTM |
| Plaintiff ) | |
| v. ) | CERTIFICATE OF SERVICE |
| ROGER VALDEZ-ARIZPE (1) ) GUILLERMO SORIA-VALDEZ (2) ) | |
| Defendants ) | |

Counsel for material witnesses, J0SE MANUEL RAMIREZ-FAUSTIO AND GERARDO SANCHEZ-TELLO certifies that the foregoing motion, is true and accurate to the best of his information and belief, and that a copy of the foregoing has been electronicly served this day upon.

Nicole A Jones Nicole.Jones@usdoj.gov, efile.dkt.gc1@usdoj.gov, esmeralda.diaz@usdoj.gov

Leila W Morgan Leila_Morgan@fd.org, Angelica_Hernandez@fd.org

U S Attorney CR Efile.dkt.gc2@usdoj.gov

Antonio F Yoon antonioyoon@cox.net

Dated: May 13 , 2008            /S/ Ciro Hernandez
                                CIRO HERNANDEZ

081363BTM