1  CIRO HERNANDEZ, ESQ SB#174791
   551 Third Avenue
2  Chula Vista, CA 91910
   Telephone:  (619) 266-0389
3  Fax:        (619) 501-2493

4  Attorney for Material Witnesses

5

6                    **UNITED STATES DISTRICT COURT**

7                    **SOUTHERN DISTRICT OF CALIFORNIA**

8

9  UNITED STATES OF AMERICA           )   Criminal Case No.08cr1363BTM
                                      )
10         Plaintiff                  )
                                      )
11     v.                             )   NOTICE OF MOTION; MOTION FOR
                                      )   VIDEOTAPE DEPOSITION,
12  1) Roger VALDEZ-Arizpe            )   AND RELEASE OF MATERIAL
    2) Guillermo SORIA-Valdez         )   WITNESSES;
13                                    )
                                      )
14         Defendants                 )   Hearing Date:  May 27, 2008
                                      )   Time:          11:00 a.m.
15                                    )   Court:         15
                                      )   Judge:    Hon. Barry Moskowitz
16

17     TO KAREN P. HEWITT, UNTIED STATES ATTORNEY, NICOLE A.JONES,

18  ASSISTANT UNITED STATES ATTORNEY, LEILA W. MORGAN, ATTORNEY FOR

19  DEFENDANT, ROGER VALDEZ-ARIZPE AND ANTONIO F YOUNG, ATTORNEY FOR

20  DEFENDANT, GUILLERMO SORIA-VALEZ.

21     PLEASE TAKE NOTICE that on May 27, 2008, at 11:00 a.m., counsel will move this

22  court for an order to take the deposition of the material witness JOSE  MANUEL RAMIREZ-

23  FAUSTINO AND GERARDO SANCHEZ-TELLO..

24                                **MOTION**

25     JOSE MANUEL RAMIREZ FAUSTINO AND GERARDO SANCHEZ-TELLO,

26  through their counsel, CIRO HERNANDEZ, and pursuant to Fed. R. Crim. P. Rule 15,  8 U.S.C

27

28                         . No.08cr1363BTM

1 | Section 1324 (d) , 18 U.S.C. Section 3144, and 18 U.S.C. Section 3142, hereby moves this court
2 | for an order to take their disposition by videotape.
3 |     This motion is based upon the accompanying points and authorities, the records in the
4 | above-entitled case and all matters submitted to the court prior to the determination of this
5 | motion.

7 | Dated:   5/13/08          /S/Ciro Hernandez
                              CIRO HERNANDEZ
8 |                           Attorney for material witnesses

28 |           . No.08cr1363BTM