1  **LEILA W. MORGAN**
   California State Bar No. 232874
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5030
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: Leila_Morgan@fd.org

5  Attorneys for Mr. Valdez-Arizpe

6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE BARRY T. MOSKOWITZ)**

| 11 | UNITED STATES OF AMERICA, | ) | Case No. 08CR1363-BTM |
|---|---|---|---|
| 12 | Plaintiff, | ) | DATE: June 27, 2008 |
|    |            | ) | TIME:  2:00 p.m. |
| 13 | v. | ) |  |
|    |    | ) | NOTICE OF MOTIONS AND MOTIONS: |
| 14 | **ROGER VALDEZ-ARIZPE**, | ) |  |
|    |                          | ) | (1) TO COMPEL DISCOVERY; |
| 15 | Defendant. | ) | (2) TO DISMISS COUNT 5 OF THE |
|    |            | ) | INDICTMENT FOR FAILURE TO |
| 16 |            | ) | ALLEGE ALL ELEMENTS; |
|    |            | ) | (3) TO GRANT LEAVE TO FILE FURTHER |
| 17 |            | ) | MOTIONS. |

18  TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
        NICOLE JONES, ASSISTANT UNITED STATES ATTORNEY:
19

20       PLEASE TAKE NOTICE that on June 27, 2008, at 2:00 p.m., or as soon thereafter as

21  counsel may be heard, the defendant, Roger Valdez-Arizpe, by and through his counsel, Leila W.

22  Morgan, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the

23  following motions.

24  //

25  //

26  //

27  //

28  //

**MOTIONS**

The defendant, Roger Valdez-Arizpe, by and through his attorneys, Leila W. Morgan, and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

1) Compel discovery;
2) Dismiss Count 5 of the Indictment for Failure to Allege All Elements; and
3) Grant leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

DATED: May 28, 2008        /s/ *Leila W. Morgan*
**LEILA W. MORGAN**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Valdez-Arizpe
Leila_Morgan@fd.org

# **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

Nicole Jones
U S Attorneys Office Southern District of California
Criminal Division
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)235-2757
Email: Nicole.Jones@usdoj.gov

and

**Antonio F Yoon**
Law Offices of Antonio F Yoon
501 West Broadway
Suite A-387
San Diego, CA 92101
(619)544-0021
Fax: (619)754-6886
Email: antonioyoon@cox.net

Dated: May 28, 2008                       /s/  Leila W. Morgan
                                          LEILA W. MORGAN
                                          Federal Defenders
                                          225 Broadway, Suite 900
                                          San Diego, CA 92101-5030
                                          (619) 234-8467  (tel)
                                          (619) 687-2666  (fax)
                                          Leila_Morgan@fd.org